# IN THE SUPREME COURT OF THE STATE OF NEVADA

HAROLD EDWARDS,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 71077

**FILED**

SEP 21 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a pretrial petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, no appeal lies from an order denying a pretrial petition for a writ of habeas corpus. *See Gary v. Sheriff*, 96 Nev. 78, 605 P.2d 212 (1980) (order denying a pretrial habeas relief is an intermediate order that may be challenged in a timely appeal from the judgment of conviction); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

16-29334

cc: Hon. Jennifer P. Togliatti, District Judge
Harold Edwards
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Clark County Public Defender

SUPREME COURT
OF
NEVADA

(O) 1947A